Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant GARFIELD BEACH CVS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUEZGA, an individual,<br>Plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>GARFIELD BEACH CVS, LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01742-JAK-JC<br><br>**The Hon. John A. Kronstadt**<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:    None Set |

Plaintiff Maria Ruezga and Defendant Garfield Beach CVS, LLC (collectively, "the Parties") jointly submit this Notice of Settlement.

The Parties are pleased to report that this matter has settled. The Parties are currently finalizing their settlement. They expect to file a notice or stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 within sixty (60) days.

NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| DATED: February 26, 2024 | | PAYNE & FEARS LLP |
| | By: | _[signature]_ |
| | | DANIEL F. FEARS |
| | | ANDREW K. HAEFFELE |
| | | LEILANI E. JONES |
| | | Attorneys for Defendant GARFIELD BEACH CVS, LLC |
| DATED: February 23, 2024 | | LAW OFFICES OF HUGO GAMEZ |
| | By: | _[signature]_ |
| | | HUGO E. GAMEZ |
| | | Attorneys for Plaintiff MARIA RUEZGA |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-
NOTICE OF SETTLEMENT