Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant GARFIELD BEACH CVS, LLC

LAW OFFICES OF HUGO GAMEZ
HUGO E. GAMEZ, ESQ. (SBN 276765)
Hugo@hgamezlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (424) 442-0623
Fax: (310) 693-2538
Attorneys for Plaintiff MARIA RUEZGA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUEZGA, an individual, Plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>GARFIELD BEACH CVS, LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01742-JAK-JC<br><br>**The Hon. John A. Kronstadt**<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

It is hereby stipulated and agreed by Plaintiff MARIA RUEZGA ("Plaintiff") and GARFIELD BEACH CVS, LLC ("Defendant") (collectively referred to as the "Parties"), by and through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41, the above-captioned action shall be dismissed in its entirety with prejudice. Each party shall bear their own attorney fees, costs, and expenses.

**IT IS HEREBY STIPULATED.**

DATED: May 1, 2024                    PAYNE & FEARS LLP

By:  */s/ Leilani E. Jones*
DANIEL F. FEARS
ANDREW K. HAEFFELE
LEILANI E. JONES

Attorneys for Defendant GARFIELD BEACH CVS, LLC

DATED: May 1, 2024                    LAW OFFICES OF HUGO GAMEZ

By:  */s/ Hugo E. Gamez*
HUGO E. GAMEZ

Attorneys for Plaintiff MARIA RUEZGA

4858-7302-5723.1