1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUEZGA,<br><br>   Plaintiff,<br><br>v.<br><br>GARFIELD BEACH CVS, LLC, et al.,<br><br>   Defendants. | No. 2:23-cv-01742-JAK (JCx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 25)**<br><br>**JS-6: CASE TERMINATED** |

1

Based on a review of the Joint Stipulation for Dismissal with Prejudice (the "Stipulation" (Dkt. 25)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed with prejudice as to all claims. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  May 06, 2024        _____

John A. Kronstadt

United States District Judge